# EXHIBIT A

The Honorable Charles R. Breyer

450 Golden Gate Avenue, 17th Floor

San Francisco, CA 94102


Dear Judge Breyer:

I am writing to accept responsibility for the poor choices that have put me before the Court.  I knew the agent was planning to break the law with his pharmaceutical business and I regret that I agreed to meet with him and discuss with him how to set up the business.

Living through this case for the last seven years has really made me think hard about my choices and how I got here.  My one priority has always been to take good care of my children and my family.  I try to be a good example for them every day.  I did not do that in this case.  Looking back I don't even recognize the person who would do something to jeopardize my family's wellbeing.  But because of my actions in this case, I am currently unemployed and have been for almost all the last seven years.

I am very sorry for my actions, and I can assure you that I will stay as far away from things like this as I can in the future.

Sincerely,

Arman Danielian