# EXHIBIT B

The Honorable Charles R. Breyer
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Your Honor,

My name is Armen Kazaryan, and I am Senior Vice President and Partner at a commercial real estate firm, Lee & Associates, in Los Angeles. I am a commercial real estate broker and have been with the firm for over 20 years. I met Arman back in 2005 when I started dating his sister in law, now my wife. Over the past 15 years, I have had the pleasure to get to know Arman very well. First and foremost, Arman is a very dedicated father and a very supportive husband. The amount of time and effort that he puts in on daily basis to get his kids to and from school and to their respective afterschool activities is unmatched. On numerous occasions, I have personally witnessed his dedication in helping his kids with their school projects and creating a fun and learning environment to enhance the kids' curiosity. As a husband, he has always been there to support his wife as she has pursued her own successful work career and in balancing the everyday juggle of running a household. When it comes to friends and extended family, Arman is not much different. He will dedicate his time and effort to help any friend or family member in need and will not expect anything in return. On numerous occasions I have reached out to him for help with computer/network issues or to get his advice on type of computer system I should look into that will meet my needs, and many times over, if he didn't know the answer or couldn't really help at that moment, he would call me the next morning with a solution or recommendation. I would ask him how he figured it out so quick, and his response would be that he was up all night reading online forums or manuals to figure it out because it was bugging him that he couldn't help me at that moment. This is how he approaches everything that he does, with family or work. He will spend countless hours reading and learning about numerous subjects and be excited to discuss those subjects with his friends and family.

When I first heard about this case, it was very shocking. After knowing Arman's personality and his true hard working character, it didn't really make any sense to me. I have spent many hours talking with Arman about the situation and how much impact it has had on him personally and his family. He felt so upset at himself for making a bad judgement call once in his life and because of that he has been forced to put his life on hold and not be able to pursue his own business opportunities and provide for his family. He is devasted by the thought that he might have to spend time away from his family, which has been his sole salvation during this difficult ordeal, and what kind of impact it will have on his 15 year old son and 7 year old daughter, who adores her dad.

Arman is an honorable individual, very loved and respected member of our family, and just a good human being and it is my sincere hope that you will take my words into consideration while making your decision. Your honor, thank you for your time and consideration in reading this letter.

Sincerely,

*[signature]*

Armen Kazaryan

The Honorable Charles R. Breyer
450 Golden Gate Ave. 17th floor
San Francisco, CA. 94102

Dear Judge Breyer,

My name is Chris Koshkakaryan. I am a 40 year old self-employed, married man with three children and I'd like to take a minute to tell you a little bit about my friend Arman.

My relationship with Arman began about 8 years ago. I met him through mutual acquaintances and quickly began to form a closer relationship with him and his family. I've gone on family trips with him and shared many meals with him, and in all my interactions, what has stood out is the dedicated, loving family man that he is. He spends countless hours taking his kids to the activities they love to participate in, is a devoted husband who always helps his wife any way he can, and leads by example to show all those around him to do the right thing.

Arman zeal and energy is contagious and it's always a pleasure to be around him and hear all the stories he tells about his past travels, his adventures with his wife when they first met, and all the things he wants to show and teach his children. I hope that his future is a bright one and he gets to live the life he envisions.

I appreciate you taking the time to read this letter and thank you for taking into consideration the information I have offered about my dear friend.

Sincerely,

Chris Koshkakaryan

To Honorable Judge Breyer, my name is Harutun M. Madoyan. I have been working in a laboratory as a lab technician for over twenty years, and I am also working on my Political Science degree in California State University Northridge. I want to change my career, and work in the field of law. I am married with three children. My wife works at the accounting department of 4OVER printing company, and together we try our best to give our children the best education available.

I have known Arman Danielian for over thirty years. His aunt was living in the same neighborhood as I was, and he was visiting his aunt very frequently. My two brothers and I were adopted by my grandparents after a devastating earthquake. My grandparents were very educated and respected people in the community, but they were too old to follow their three grandkids growing up in post-Soviet Armenia. Shortly after the fall of the "evil empire" chaos began in its former states. Armenia was one of them. There was a lot of crime and very little supervision by law enforcement. At the time crime was the only way to live for some people. Arman played a big role in our lives. He played a role of a big brother for me and my brothers. He was always there to make sure that we stayed away from bad influence and bad people, who were prevailing at the time. Many times he would come around to check on us. Even today when I have questions or doubts, I always turn to Arman for advice. He has always been there for me and my brothers. Arman also strikes people around him with his knowledge of technology. His knowledge of technology helps us to better monitor our kids with their inline activities. He also made my home much safer by suggesting the right alarm and home monitoring system.

Arman is one of the best family men I know. He puts a lot of energy and effort to provide for his family. One only needs a few minutes to understand how much Arman loves his wife and kids, and how much they love him back. Of course he is very strict with his son at this stage of his life, when he gets out of line. He makes all the effort to keep his kids away from bad influence and peer-pressure. He keeps them busy by signing them up with extracurricular activities such as basketball and mathematics. Being so busy with his kids never stops him from spending time with his wife. From observing his wife's social media one can get a strong sense of how romance is still alive and in this couple's life.

I consider myself lucky to know Arman. He has always been a good influence in my life. He has always given my brothers and me good advice when we needed it, and he has always been there for us in our darkest days. I value his friendship a lot, and I am sure he will prove that he is a law abiding citizen and a just man.

Thank you very much, your honor, for considering my letter. I am sure that Arman is a good person, and he will never do anything to jeopardize his family's well-being, which so closely tied with his presence. With great confidence I reassure you that Arman is a good son, good husband, terrific father, a good brother and an excellent friend.

February 10, 2020

The Honorable Charles R. Breyer
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Dear Judge Breyer,

I am writing this letter to express my genuine support for Arman Danielian. My name is Gagik Oganesyan and I work as a physician / surgeon at Kaiser Permanente Medical Center in Fontana. I have known Arman Danielian for the last 25 years. We first met in college and have been friends since. I have seen Arman get married to his college sweetheart and form a beautiful family. Arman is a great father to his son and daughter and is frequently at their basketball games and dance practices. He is a devoted family man that takes pride in his family and children and leads his family in faith. Arman is always willing to lend a helping hand to anyone that needs help. I have seen first-hand his kindness towards those less fortunate. He is always there to help any one of our friends and is known to be a person we can always count on.

I can unequivocally confirm that Arman Danielian is a man of great integrity and dedicated family man. He has expressed a deep sense of remorse for his bad decisions and is ready to accept responsibility for his actions. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, Arman Danielian is a valuable member of our community and an honorable man.

Sincerely,

Gagik Oganesyan, M.D., Ph.D
Mohs Micrographic Surgery & Dermatologic Oncology
Kaiser Permanente Medical Center

Inga Simonian

North Hollywood, CA 91605

The honorable Charles R. Breyer
450 Golden Gate Avenue 17th Floor
San Francisco, CA 94102

February 6, 2020

My name is Inga Simonian, PhD, and I am a good family friend of Arman Danielian. Our families met through mutual friends and we have been close friends for about 9 years. I am a clinical psychologist and have enjoyed many meaningful conversations with Arman and his wife. They have a stable and loving marriage and two beautiful smart and very talented kids.

In my time having the pleasure of personally knowing Arman, I have seen a very hardworking honest and sincere husband, father, and friend. He spends a lot of his time on his kids and wife, with afterschool activities including a lot of local travel. Their children's talents require a lot of time and dedication. Arman and his wife sacrifice a lot of rest and sleep for the cultural and athletic development of their children.  Simply put, his family comes first. He also gives a lot of time and care to his mother and brother, as well as neighbors and distant relatives and friends from near and afar. He has gained a lot of respect from people, and he gives a lot of respect to people of all ages and walks in life. Arman's presence to his family is crucial and essential for the safety and consistent quality education of his kids. He is also pertinent to his aging mother's well-being, health and safety.

Arman has been faced with an unimaginable shattering of his profession and financial stability due to this case. Regardless, he has shown exceptional coping and resilience to this stressor and pause in life, which confirms his professional strengths and skills as an entrepreneur and innovator. Yes he feels like his life has turned upside down, but he is also seeing this as a major redirection and opportunity to pursue his other passion of website design, and already has clientele without major marketing drawn to his sample work.

I want to close the letter by saying thank you for time and consideration of my experience of Arman Danielian. He is a good friend, and a true friend. I look forward to seeing him commence this chapter and start his life with new direction and inspiration.

Inga Simonian, PhD

**Voskan Ter-Abramyan**
Burbank CA 91501
Phone:
Email:

February 11, 2020

The Honorable Charles R. Breyer
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Re: Arman Danielian

To The Honorable Judge Charles Breyer:

I am writing on behalf of my dear friend Arman Danielian. Arman and I have been close friends for years. In this time, he has proven to be of a fine and responsible character.

We first met over ten years ago when we were invited to a mutual friend's house for dinner. We had a lot in common and enjoyed each other's company. Our friendship has deepened through the years. Not only are we friends, but our families are also very close. Once a month we try to enjoy a nice dinner with our families. We also love to spend an occasional Saturday night out with our spouses. We always have a great time with Arman and Lucy.

Arman is a warm, thoughtful, dependable person, the type who always remembers birthdays no matter how hectic his own life is at the time. I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving. He has truly been a good friend over the years.

It is my sincere hope the court takes this letter into consideration. Despite the current case, I still believe Arman to be an honorable individual, a valuable member of my community, and a good human being.

If I can provide any additional information, please do not hesitate to contact me.

Thank you,

Voskan Ter-Abramyan

**The Honorable Charles R. Breyer**
**450 Golden Gate Avenue, 17th Floor**
**San Francisco, CA 94102**

My name is Kevin White and I am writing to you in order to provide a character reference for Arman.

I am a 16-year military veteran, originally from Great Britain. Currently, I work as an Emergency Medical Technician and Safety Advisor for the energy sector. I have known Arman and his immediate family for about 6 years. After I first moved to the United States from England, I become friends with Arman and his family. And it was at Arman's birthday party that I solidified my relationship with my future wife.

Arman was kind enough to help me to enlist into the US army national guard by becoming my emergency contact. Later Arman accepted and attended an interview with a representative from the FBI in order to facilitate my career as a protection agent for the US State Department. I trusted Arman's composure and honesty when articulating his advocacy for my ability to provide professional services to state officials working overseas.

Arman is a passionate man; he's warm and friendly with a natural desire to help people when needed. I appreciate Arman's help and guidance on a personal level.  it was Arman who helped me adjust to United States culture; especially during a time when I was establishing a new life away from the military and in California. I've also had the privilege of being a guest in Arman's family home, it was here that I got to witness Arman as a doting father and head of the household.

Arman has not shared any specifics with me regarding his case; however, he has expressed his difficultly with the nature of being under investigation. The stress he's been under during the times I have since seen Arman has been asphyxiating for him. He is intelligent and spirited; now trying to overcome increasing pressure this burden has placed on his family.

Arman is entrepreneurial, he can also code phone apps and websites; he has a background in IT and computer software. He has an expansive network of personal and professional relations, and with his skillset I have little doubts that Arman will make a success of his future endeavors.

The Honorable Charles R. Breyer; It's my pleasure to provide a testimony for Arman's character.

Thank you for considering the information I have provided.

Sincerely


Kevin White
███@███████